**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. HUYEN L. NGUYEN,        ) | Case No.: 13-CV-01847-LHK |
|                             ) | |
|              Plaintiff,     ) | ORDER RE: FILING OF CONSENT TO PROOCEED IN FRONT OF MAGISTRATE JUDGE |
|                             ) | |
|      v.                     ) | |
|                             ) | |
| JOHN M. MCHUGH, Secretary, Department of the Army ) | |
|                             ) | |
|              Defendant.     ) | |

The parties have indicated in their joint case management statement that all parties consent to proceed before a Magistrate Judge for all purposes. *See* ECF No. 10 at 11. Defendant has filed his consent to proceed before a Magistrate. ECF No. 11. The court ORDERS the Plaintiff to file her consent to proceed before a U.S. Magistrate Judge for all purposes by Monday, September 9, 2013, at 5 p.m., so that the Court may reassign this matter to a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: September 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01847-LHK
ORDER RE: FILING OF CONSENT TO PROOCEED IN FRONT OF MAGISTRATE JUDGE