**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. HUYEN L. NGUYEN,<br><br>               Plaintiff,<br><br>       v.<br><br>JOHN M. MCHUGH, Secretary, Department of the Army<br><br>               Defendant. | Case No.: 13-CV-01847-LHK<br><br>ORDER RE: FILING OF CONSENT TO PROOCEED IN FRONT OF MAGISTRATE JUDGE |

The parties have indicated in their joint case management statement that all parties consent to proceed before a Magistrate Judge for all purposes.  *See* ECF No. 10 at 11.  Defendant has filed his consent to proceed before a Magistrate.  ECF No. 11.  The court ORDERS the Plaintiff to file her consent to proceed before a U.S. Magistrate Judge for all purposes by Monday, September 9, 2013, at 5 p.m., so that the Court may reassign this matter to a Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: September 7, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01847-LHK
ORDER RE: FILING OF CONSENT TO PROOCEED IN FRONT OF MAGISTRATE JUDGE