**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. NGUYEN, | Case No.: 13-CV-1847-LHK |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| JOHN MCHUGH, | |
| Defendant. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for 1/8/2014 as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, January 6, 2014, at 9 a.m.</u> The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: 1/2/2014

_____
LUCY H. KOH
United States District Judge

1

Case No.:
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT