UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. HUYEN L. NGUYEN )<br>  )<br>    Plaintiff, )<br>      v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>  )<br>    Defendant. )<br>  ) | Civil Case No.: 13-CV-01847-LHK<br><br>ORDER TO FILE EXHIBITS |

      The Court has received the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment and accompanying declarations. There are 4 exhibits referenced in the declaration of Karen Ford that are not found in the document uploaded on ECF. The Court orders that Plaintiff file on ECF copies of the following Exhibits to the Ford declaration, by July 21, 2014 at 9 a.m.:

Exhibit E: "a true and correct copy of excerpts of the deposition of John Heath"
Exhibit G: "a true and correct copy of excerpts of the deposition of Karen Linke"
Exhibit I: "a true and correct copy of selected exhibits in to the depositions in this action"
Exhibit J: "a true and correct copy of excerpts of sworn testimony from the Fact Finding hearing conducted by the Army EEO office in October of 2011"

**IT IS SO ORDERED.**

Dated: July 17, 2014

                                              _____
                                              LUCY H. KOH
                                              United States District Judge

Case No.: 13-CV-01847-LHK
ORDER TO FILE EXHIBITS